UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ERIC TAYLOR AND GAIL TAYLOR, as Parents and Guardians of their minor children J.T. and A.T.,<br>　　　　　　Plaintiffs,<br>　vs.<br><br>MARION COUNTY CIRCUIT NO. 1,<br>　Judge Theodore M. Sosin,<br>SAMUEL L. JACOBS, Attorney,<br>and WILLIAM W. HURST, Attorney,<br>THE INDIANA COURT OF APPEALS,<br>　Hon. James Kirsch,<br><br>　　　　　　Defendants. | 1:06-cv-913-SEB-WTL |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that (1) the claims of J.T. and A.T. are dismissed without prejudice; and (2) the claims of Eric Taylor and Gail Taylor are dismissed **with prejudice.**

The costs of this action are assessed against plaintiffs Eric Taylor and Gail Taylor.

Date:  07/16/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Eric Taylor
2864 Galahad Drive
Indianapolis, IN 46228

Gail Taylor
2864 Galahad Drive
Indianapolis, IN 46228

Eric James Beaver
INDIANA STATE ATTORNEY GENERAL
eric.beaver@atg.in.gov

G. Ronald Heath
HOOVER HULL LLP
grheath@hooverhull.com

Kathryn Lynn Morgan
INDIANA STATE ATTORNEY GENERAL
Kathryn.Morgan@atg.in.gov

Alice McKenzie Morical
HOOVER HULL LLP
amorical@hooverhull.com

Eleanor Kristyne Finnell
OFFICE OF CORPORATION COUNSEL
efinnell@indygov.org

Melinda Hoover MacAnally
NATIONAL CITY BANK OF INDIANA
melinda.macanally@nationalcity.com

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org

jhammond@lewiswagner.com